SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-7234
E-mail: julie.arbuckle@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDRE DARNELL MCBRIDE,<br>Defendant. | No. CR 07-0075 JSW<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME |

On February 21, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 21, 2007 to March 15, 2007 for effective preparation and continuity of counsel, in that: (1) defense counsel required adequate time to obtain and review information relevant to the government's motion for detention of defendant and to whether there will be a change of plea in this case; and (2) both parties' counsel are unavailable during portions of this period. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed

the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: February 23, 2007

/s/
JULIE A. ARBUCKLE
Assistant United States Attorney

DATED: February 27, 2007

/s/
GEOFFREY HANSEN
Attorney for Defendant Andre Darnell McBride

As the Court found on February 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 21, 2007 to March 15, 2007 for effective preparation and continuity counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: February 27, 2007

UNITED STATES DISTRICT COURT
GRANTED
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA

Maria-Elena James
United States District Judge